# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SANDRA FORRESTER                                                                                    PLAINTIFF

v.                                              NO. 3:08CV00121 JLH

SOUTHLAND RACING CORPORATION                                                       DEFENDANT

## ORDER

Presently before the Court is defendant's Motion to Extend Deadline and plaintiff's Motion for Continuance of the trial date. Good cause having been shown, plaintiff's Motion for Continuance will be granted, and the trial of this matter previously set for May 4, 2009, in Jonesboro, Arkansas, is removed from the Court's docket. Document #8. A new trial date and scheduling deadlines will be set by separate order. Defendant's Motion to Extend Deadline is moot as new deadlines will be established in the amended final scheduling order. Document #7.

The parties are reminded that if all sides consent to proceed before the magistrate in this matter, it could result in a more expedited trial date.

IT IS SO ORDERED this 19th day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE